IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TERRA JO WILSON.,<br><br>                    Defendant. | 8:19-CR-44<br><br>ORDER OF DISMISSAL |

       This matter is before the Court on the United States' "Motion for Dismissal." Filing 27. The United States "requests leave to dismiss, without prejudice, the Petition for Warrant or Summons for Offender Under Supervision . . . as it relates to the Defendant, Terra Jo Wilson." Filing 27 at 1 (citing Filing 9). The Court finds the Motion should be granted. Accordingly,

       IT IS ORDERED: The Petition for Warrant or Summons for Offender Under Supervision, Filing 9, is dismissed without prejudice.

       Dated this 6th day of September, 2023.

                                                                                        BY THE COURT:

                                                                                        _____
                                                                                        Brian C. Buescher
                                                                                        United States District Judge